April 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

LAW OFFICES OF YUEN & ASSOCIATES, Appellant

NO. 14-10-00636-CV                          V.

HARTMAN REIT OPERATING PARTNERSHIP D/B/A WESTCHASE SHOPPING
CENTER OF HARRIS COUNTY, TEXAS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Hartman Reit Operating Partnership d/b/a Westchase Shopping Center of Harris County, Texas, signed June 9, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Law Offices of Yuen & Associates to pay all costs incurred in this appeal. We further order this decision certified below for observance.